UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                       Plaintiff,

vs.

Fernando Pizano-Garcia,

                       Defendant.

Case No. 19-cr-04363-JM

JUDGMENT OF DISMISSAL

FILED JAN 09 2020 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

☒ 8:1325(a)(1) - Attempted Unlawful Entry by an Alien (Felony); 8:1326(a),(b) - Attempted Reentry of Removed Alien

Dated: 1/9/2020

Hon. Mitchell D. Dembin
United States Magistrate Judge

FILED JAN 09 2020